**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD K. LINDE, MAXINE H. LINDE, THE RONALD AND MAXINE LINDE FOUNDATION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIFTH STREET ASSET MANAGEMENT INC., LEONARD M. TANNENBAUM, BERNARD D. BERMAN, ALEXANDER C. FRANK, STEVEN M. NOREIKA, WAYNE COOPER, MARK J. GORDON, THOMAS L. HARRISON and FRANK C. MEYER,<br><br>Defendants. | Case No. 1:16-cv-01941-LAK |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION AND THE PLAN OF ALLOCATION**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Provisionally Certifying Settlement Class and Approving Notice to Settlement Class ("Notice Order," Dkt. No. 52), on February 16, 2017 at 9:30 a.m., before the Honorable Lewis A. Kaplan, in Courtroom 21B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, Lead Plaintiffs Kieran and Susan Duffy ("Lead Plaintiffs")[1] will and hereby do move the Court to: (1) grant final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation; (2) certify the Settlement Class; and (3) approve the proposed Plan of Allocation for distribution of the Settlement Fund. This motion is based on this Notice of Motion; the Memorandum of Points and Authorities in Support Thereof; the Declaration of Lionel Z. Glancy in Support of: (I) Lead Plaintiffs' Motion for Final Approval of the Proposed Settlement, Class Certification and the Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Lead Counsel is unaware of any opposition to this motion. Pursuant to the Notice Order, any objection to any aspect of the Settlement or the Plan of Allocation must be filed on or before January 26, 2017. To date, no objections have been filed.

Proposed orders granting the requested relief will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

---

[1] All capitalized terms that are not otherwise defined herein have the same meanings as set forth in the Stipulation of Settlement dated July 27, 2016 ("Stipulation") that was filed with the Court on September 23, 2016. Dkt. No. 45-1.

                                                Respectfully submitted,

DATED: January 12, 2017          **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Robert V. Prongay
Peter A. Binkow
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

      - and -

**GLANCY PRONGAY & MURRAY LLP**
Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

*Lead Counsel for Lead Plaintiff Kieran Duffy and Susan Duffy and for the Class*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 12, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2017, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

# Mailing Information for a Case 1:16-cv-01941-LAK Linde et al v. Fifth Street Asset Management, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric James Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Sean K. Collins**
  sean@neinsurancelaw.com

- **Ralph Carmine Ferrara**
  rferrara@proskauer.com,sjohnson@proskauer.com,LSOSDNY@proskauer.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Christopher J. Keller**
  ckeller@labaton.com,drogers@labaton.com,ElectronicCaseFiling@labaton.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,csadler@glancylaw.com,echang@glancylaw.com

- **Jonathan E. Richman**
  jerichman@proskauer.com,LSOSDNY@proskauer.com,courtalert@dl.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com,info@glancylaw.com

- **David C. Shufrin**
  dshufrin@hssklaw.com

- **Michael Walter Stocker**
  mstocker@labaton.com,electroniccasefiling@labaton.com

- **Jonathan P. Whitcomb**
  jwhitcomb@dmoc.com

- **Andrew M. Zeitlin**
  azeitlin@goodwin.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)